United States District Court of Columbia

Tamara Brown

Vs.

Mary's Center

Maria Gomez CEO

Tollie Elliot Chief Medical Officer

Deanna Munoz Talent Acquisitions

Bethlehem Muleta Internship and Training Manager

Ina Ortez Talent Acquisitions

Lindsay Beyak Employee Relations Specialist

Carlos Marquinn Chief Human Resource Officer

Case: 1:21–cv–02506 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 9/24/2021
Description: Employ. Discrim. (H–DECK)

## Federal Law

Title VII states that it is unlawful to discriminate against someone based on the basis of race, color, national origin, sex, or religion. It is also unlawful to retaliate against a person because the person complained about discrimination, filed a charge of discrimination, or participated in an employment discrimination investigation or lawsuit.

Title VII prohibits not only intentional discrimination, but also practices that have the effect of discriminating against individuals because of their race, color, national origin, religion, or sex. Under Title VII, it is unlawful to discriminate in any aspect of employment, including:

- Hiring and firing;
- Compensation, assignment, or classification of employees;
- Transfer, promotion, layoff, or recall;
- Job advertisements and recruitment;
- Testing;
- Use of company facilities;
- Training and apprenticeship programs;
- Retirement plans, leave and benefits; or
- Other terms and conditions of employment.

Discriminatory practices under Title VII also include:

- Harassment on the basis of race, color, national origin, sex (including pregnancy, sexual orientation, and gender identity) or religion;
- Refusal or failure to reasonably accommodate an individual's sincerely held religious observances or practices, unless doing so would impose an undue hardship on the operation of the employer's business;
- Employment decisions based on stereotypes or assumptions about the abilities, traits, or performance of individuals of a certain race, color, national origin, sex (including pregnancy, sexual orientation, and gender identity), or religion;

- Denial of employment opportunities to an individual because of marriage to, or association with, an individual of a particular race, color, national origin, sex (including sexual orientation and gender identity) or religion; and
- Other employment decisions based on race, color, national origin, sex (including pregnancy, sexual orientation, and gender identity) or religion.

Title VI, Civil Rights Act of 1964 states no person in the United States shall, on the ground of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance.

The FLSA Fair Labor and Standards Act and Title VII governs how employees pay their workers, and Title VII prohibits discrimination and harassment of employees of the workplace. When an intern brings suits against their employer for failing to pay wages that means the employee is protected under Title VII and Section 604 as well.

<u>Background</u>

The Mary's Center is in violation of Title VII and equal pay act. Black Women in the 1930's were excluded under FLSA and were discriminated against for jobs. This caused discrimination against my mother and grandmother and has caused disparity and generational gaps in economic opportunity within the Black Community. In 1965 Lyndon Johnson signed an Executive Order 11246 the companies like the Mary's Center which was funded by HBCU Graduate Marion Barry District of Columbia Mayor who provided funding along with other members of the community. That means the Mary's Center receives funds to hire black women and men.  On November 30, 2020, Kay Woods sent an email to Bethlehem Muleta asking to assign work for interns with Program Navigator Interns in the subject line and attached the job description.  Bethlehem Muleta sent to me on December 2, 2020, which says fully remote until COVID-19 restrictions were lifted. Bethlehem Muleta stated to me the internship would be paid during a phone conversation. On December 7, 2020, I interviewed with Kay Woods. Kay Woods stated that you must be bilingual to get a paid internship. This is a racist in nature because blacks were not taught to speak, read, or write in English. There is an education disparity in this country and poverty within the black community were they could not afford to learn to speak a second language. The educational system began teaching Spanish and allowed for integration of children but there is still a huge disparity in the black community. Black Americans could be trained by using technology and other resources to speak Spanish. Blacks can now use the technology that allows for employers to translate language.  On December 17, 2020 Ms. Kay Woods and I talked about the internship being non-paid and I accepted the internship as non-paid. December 22, 2020 Deanna Munoz sent me an email congratulating me on the internship and also provided forms that I had to complete. I returned the documents via email and started training. I applied for the Program Navigator posting on the job board but the agency never responded but by a general thank you email. January 2021 was the last contact with Mary's Center to include Kay Woods, Deanna Munoz, and Bethlehem Muleta. The Mary's Center uses a pool of unpaid interns to get around Government Labor Regulations and receive cheap labor.

## Complaint

1. This civil action is brought pursuant to Title VII of the Civil Rights Act of 1964.
2. This Court has jurisdiction over this action.
3. Venue is proper in this judicial district.
4. Defendant is in the District of Columbia a governmental body established pursuant to the laws of Washington, D.C and is located within this judicial district.
5. Defendant is a "person" within the meaning and an "employer" within the meaning of 42 U.S.C. § 2000e(b).
6. Tamara Brown filed a timely charge with the EEOC for the VII.

## Claim for Relief

### Deliberate Indifference

I was offered the position and accepted the position as Program Navigator Intern as of December 17, 2020. I also completed training modules. This is an act of promissory estoppel because all parties from Human Resources to Compliance provided training information and I was relying on this opportunity in Good Faith to support my educational goals. I began with creating a user name and password for the All of Us Research Program to include training Modules on Patient Navigation, All of Us Research Program, Raising Awareness, Spreadsheet Monitoring, Grooming the List, Telephone Support which can Translate, Marketing and Communication, learning to operate in a diverse group, project sheet, and lastly Onboarding QI Team. I began to learn about Healthcare Provider Organizations and the All of Us Consortium. The module discussed the role to engage, enroll, and retain participants within the HPO. The training continued to discuss the Mary's Center as a Federally Qualified Health Center that focused on enrollment of underrepresented in biomedical research. It explained how they had a partnership with the Department of Veterans Affairs Medical Center. I received training modules from Lisa Norris Chief Compliance Officer, Ina Ortez, Lindsay Beyak on HIPPA Compliance, False Claims Act, Civil Monetary Penalties Law, Stark Law, Anti-kickback Statue, How to Measure Engagement, and Platform Organization. I have not heard from no one with the Mary's Center as of January 2021 when I contacted Kay Woods and individuals listed in the complaint and I should have heard from someone within the organization because I had to complete training. I was not informed and was told that I would be getting on-boarding. The majority of those listed in this petition are of Hispanic Heritage. The Mary's Center may hire more Hispanics within their organization.

### Disparate Impact and Treatment

Under Title VII and other laws, a female employee or applicant has a right to be considered or hired on the merits of her record. I was a qualified intern that could work remotely which means that the position was remote/telework. I did not have to live in Washington D.C. to perform the duties of the job. I also could have traveled to Washington D.C. to work in the intern capacity. "The statement made by Dr. Elliott in which he states that he said not to fill the Position with a remote candidate seems contrary to the job description that Bethlehem Muleta sent to me on December 2, 2020, which says fully remote until COVID-19 restrictions were lifted. Kay Woods sent Bethlehem Muleta the job description November 30, 2020. Bethlehem Muleta and I communicated first. Bethlehem Muleta is over Public Health Internships and Training Manager.

Bethlehem Muleta said the internship was paid. Bethlehem Muleta said in phone conversation that she was from another country such as Ethiopia. Bethlehem Muleta discussed two internships including Program Navigator. Bethlehem Muleta is not telling the truth about being of African American or Black race. Bethlehem Muleta said the Program Navigator was a paid internship out of her own mouth. Ms. Munoz and Bethlehem Muleta both know how the Mary's Center has used a pool of unpaid interns to get around Government Labor Regulations and receive cheap labor. The statement made by Kay Woods that you must be bilingual to get a paid internship is discriminatory. Specifying jobs and saying that you must be bilingual to apply for a certain job when there is technology and tools that can be used to translate language is another way to disqualify blacks from applying.

### Governance and Ethics

The Mary's Center is a Charitable Organization and operates as a 501c3. The Mary's Center has an internship program that advertises to college professionals all over the United States. The internship provides training to of an educational setting. The internship was advertised and did not stipulate that you had to live in a certain area such as Washington, DC. The internship was offered to me and I accepted the position. Dr. Elliot statement that he was not in favor of extending an internship to a person from Tennessee and extending a remote position is not an example of an Equal Hiring Process. I was treated in this manner because I am black.

### JURY DEMAND

The Tamara Brown hereby demands a trial by jury of all issues so triable pursuant to Rule 38 of the Federal Rules of Civil Procedure and Section 102 of the Civil Rights Act of 1991, 42 U.S.C.

Respectfully submitted,
Tamara Brown
PO Box 383064
Germantown, TN 38138
Tbrown3@cbu.edu

United States District Court of Columbia

Tamara Brown
Plaintiff
vs.

Mary's Center

Maria Gomez CEO

Tollie Elliot Chief Medical Officer

Deanna Munoz Talent Acquisitions

Bethlehem Muleta Internship and Training Manager

Ina Ortez Talent Acquisitions

Lindsay Beyak Employee Relations Specialist

Carlos Marquinn Chief Human Resource Officer

Certificate of Service

Tamara Brown is representing herself in this Petition. Tamara Brown has mailed certified copy
of the Petition to the following.

Counsel: Jon Bumgarner
 500 N. Meridian Street, Suite 400
Indianapolis, Indiana 46282
1-312-977-1477

500 Indiana Avenue
North West
Washington, DC 20001

Respectfully Submitted by
Tamara Brown
PO Box 383064
Germantown, TN 38138